UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CASS, INC., | ) | 3:13-cv-00701-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 7, 2014 |
| | ) | |
| PRODUCTION PATTERN AND FOUNDRY CO., INC., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant has filed a Motion to Stay Discovery and Extend Scheduling Order Deadlines Pending Decision on Motion to Dismiss (Doc. #22) and an Ex Parte Motion for Order Shortening Time to Respond to Motion to Stay Discovery and Extend Scheduling Order Deadlines Pending Decision on Motion to Dismiss (Doc. #23). A review of the docket reflects that on August 7, 2014, United States Senior District Judge Larry R. Hicks granted Defendant's motion to dismiss (Doc. #25). Therefore, good cause appearing,

Defendant's motions (Doc. #22 & #23) are **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk