UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA

CASS INC.,                              )    3:13-cv-00701-LRH-WGC
                                        )
           Plaintiff,                   )    **MINUTES OF PROCEEDINGS**
                                        )
     vs.                                )    January 29, 2015
                                        )
PRODUCTION PATTERN AND                  )
FOUNDRY CO., INC.,                      )
                                        )
           Defendants.                  )
_____)

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  Katie Lynn Ogden  </u>   REPORTER:  <u>           FTR            </u>

COUNSEL FOR PLAINTIFF:  <u>  Anna Le May, Esq. and Ruben Castellon, Esq.  (Telephonically)  </u>

COUNSEL FOR DEFENDANT:  <u>  Kara Marie Hayes, Esq.  (Telephonically)           </u>

**MINUTES OF PROCEEDINGS: Motion Hearing**

10:06 a.m.  Court convenes.

  The court convenes to address Defendant's Motion to Stay Depositions and Extend Scheduling Order Deadlines Pending Decision on Motion to Dismiss (Doc. # 43).

  Defendant seeks a stay as to depositions and expert disclosures.  Additionally, Defendant requests an extension of time as to the discovery deadlines (i.e. discovery cut-off, dispositive motions and joint pretrial order).  Defendant argues deferring discovery at this time is appropriate pending resolution of Defendant's motion to dismiss.

  Plaintiff objects to any request for a stay or request for extension time as to the discovery deadlines.  Plaintiff argues any stay or extension of time will further delay this matter and potentially impose additional expense on the Plaintiff.

  The parties are advised it is not typical for the court to automatically stay proceedings based on a motion to dismiss being filed and awaiting resolution.  Furthermore, after taking a preliminary review of Defendant's motion to dismiss (Doc. # 30) it is the court's analysis that Defendant's

Minutes of Proceedings
3:13-cv-00701-LRH-WGC
January 29, 2015

motion will be at least granted in part. Therefore, the court indicates it is more sensitive to the cost of discovery in this matter.

In view of the court's position, Defendant's Motion to Stay Depositions and Extend Scheduling Order Deadlines Pending Decision on Motion to Dismiss (Doc. # 43) is **GRANTED in part and DENIED in part**. Defendant's request to stay is denied. Defendant's request to extend the deadlines is granted. The discovery deadlines are extended as follows:

>  Discovery cut-off: Friday, July 31, 2015;
>
> Expert Disclosures: Friday, May 29, 2015;
>
> Rebuttal Expert Reports: Friday, June 26, 2015;
>
> Dispositive motion(s): Friday, August 28, 2015; and
>
> Joint Pretrial Order: Wednesday, September 30, 2015 - in the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision f the dispositive motions or further order of the court.

The court encourages the parties to defer the more expensive discovery (i.e. depositions) pending resolution of Defendant's motion to dismiss.

A status conference is set for Tuesday, June 23, 2015, at 10:00 a.m. During the interim of discovery, the court also encourages the parties to contact the courtroom deputy should any disputes arise and need the court's guidance for resolution.

The interim status report scheduled to be due January 29, 2015, is vacated and the parties are not required to file the interim status report at this time.

10:36 a.m. Court adjourns.

IT IS SO ORDERED.

10:19 a.m. Court convenes.

LANCE S. WILSON, CLERK

By: _____/s/_____
    Katie Lynn Ogden, Deputy Clerk