UNITED STATES DISTRICT COURT
                            DISTRICT OF NEVADA

| | |
|---|---|
| CASS, INC., ) | 3:13-cv-00701-LRH-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | |
| ) | September 21, 2015 |
| PRODUCTION PATTERN AND FOUNDRY ) | |
| CO., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Defendant's emergency request to exceed the five page limit to respond to Cass' Emergency Request for Status Conference. (ECF No. 72.) Additionally, Defendant requests the court vacate the status conference set for Tuesday, September 22, 2014.

     Defendant's motion (ECF No. 72) is **GRANTED** as to the request to exceed the five page limit in its response and is **DENIED** as to the request the court vacate the hearing. Defendant's brief addressing the substance of Plaintiff's emergency motion shall be filed by 2:00 p.m., today, September 21, 2015..

     **IT IS SO ORDERED.**

                                                    LANCE S. WILSON, CLERK

                                                    By:   /s/
                                                           Deputy Clerk