UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CASS, INC.,

      Plaintiff,

vs.

PRODUCTION PATTERN AND
FOUNDRY CO., INC.,

      Defendant.

03:13-cv-00701-LRH-WGC

MINUTES OF THE COURT

September 25, 2017

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

MINUTE ORDER IN CHAMBERS:

On September 21, 2017, defendant Production Pattern and Foundry Co., Inc. ("PPF") filed its Notice of Filing Bankruptcy (ECF No. 164) notifying this court of its Chapter 11 Bankruptcy Petition Case No. 17-51106. It now appearing that defendant PPF is subject to the protections of the United States Bankruptcy Code,

IT IS ORDERED that all action in this case is STAYED.

IT IS FURTHER ORDERED that defendant Production Pattern and Foundry Co., Inc. shall file a notice with the court upon completion of the bankruptcy action.

DEBRA K. KEMPI, CLERK

By:    /s/
      Deputy Clerk